423 A.2d 1307

Commonwealth, Appellant, v. Reed.

Submitted June 12, 1978. William T. Nicholas, District Attorney, for Commonwealth, appellant; Roger B. Reynolds, Jr., for appellee.

634

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

HESTER, J., filed a memorandum dissenting statement.

JACOBS, former P. J., did not participate in the consideration or decision of this case.